# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEON SMALL, | NO. CV 12-01161-VBF-JEM |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| L.S. MCEWEN, | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of respondent McEwen and against petitioner James Leon Small.

DATED: March 13, 2014

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE